```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 05 B 02380
   BARBARA A KARCZEWSKI
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-2010

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/26/2005 and was confirmed 03/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 09/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                           PAID            PAID
--------------------------------------------------------------------------
HYUNDAI MOTOR FINANCE CO  SECURED         12071.05         1571.36         12071.05
HYUNDAI MOTOR FINANCE CO  UNSECURED           1.00             .00              .10
BANK ONE                  UNSECURED       NOT FILED            .00              .00
DISCOVER FINANCIAL SERVI  UNSECURED         9040.02            .00           904.00
RESURGENT ACQUISITION LL  UNSECURED         6873.01            .00           687.30
SEARS ROEBUCK & CO        UNSECURED       NOT FILED            .00              .00
LEGAL HELPERS PC          DEBTOR ATTY     2,300.00                         2,300.00
TOM VAUGHN                TRUSTEE                                          1,090.43
DEBTOR REFUND             REFUND                                             295.76

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  18,920.00

PRIORITY                                              .00
SECURED                                         12,071.05
     INTEREST                                    1,571.36
UNSECURED                                        1,591.40
ADMINISTRATIVE                                   2,300.00
TRUSTEE COMPENSATION                             1,090.43
DEBTOR REFUND                                      295.76
                         --------------        --------------
TOTALS                    18,920.00             18,920.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 02380 BARBARA A KARCZEWSKI

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE